# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE AVANS, | 1:10-cv-00922 LJO DLB |
| Plaintiff, | AMENDED ORDER REASSIGNING CASE |
| v. | Old Case Number:  1:10-cv-00922 LJO DLB |
| FOSTER WHEELER CONSTRUCTORS, INC., | New Case Number: 1:10-cv-00922 LJO JLT |
| Defendant. | |

The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:10-cv-00922 LJO JLT**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

In light of this reassignment, the Initial Scheduling Conference currently set for July 27, 2010 at 9:15 a.m is RESET to the calendar of Magistrate Judge Jennifer L. Thurston.  Parties may appear by telephone on a single conference call to the court at (661) 326-6620.

Furthermore, the Motion To Remand [6] currently set for July 30, 2010 at 9:00 a.m. is RESET to the calendar of Magistrate Judge Jennifer L. Thurston.  The Court will hear oral argument on the motion on August 6, 2010, at 10:30 a.m., at the United States Bankruptcy

Courtroom at 1300 18th Street, Bakersfield, California.  If either counsel wishes to be appear by telephone, no later than August 4, 2010, he must notify the Court via an e-mail to jltorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **July 27, 2010**                                                   **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE