1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE AVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOSTER WHEELER<br>CONSTRUCTION COMPANY, et. al,<br><br>　　　　　Defendants. | Case No. 1:10-CV-00922 LJO-JLT<br><br>**ORDER ON STIPULATED<br>NOTICE OF SETTLEMENT**<br><br>**(Doc. 22)** |

On April 18, 2011, the parties filed a stipulated Notice of Settlement.  (Doc. 22)  Pursuant to Local Rule 160(b), no later than May 23, 2010, Plaintiff is **ORDERED** to file the appropriate papers to dismiss this action in its entirety.

All pending dates are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   __April 18, 2011__              ____/s/ Jennifer L. Thurston____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*ORDER AFTER NOTICE OF SETTLEMENT*