UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE AVANS,<br><br>             Plaintiff,<br><br>      v.<br><br>FOSTER WHEELER CONSTRUCTION COMPANY, an unknown business entity; FOSTER WHEELER CONSTRUCTORS, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>             Defendants. | Case No. 1:10-CV-00922-LJO-DLB<br><br>Assigned to the Hon. Lawrence J. O'Neil, Courtroom 4<br><br>**ORDER FOR DISMISSAL OF ACTION, WITH PREJUDICE** |

Pursuant to the stipulation by and between Plaintiff BRUCE AVANS ("Avans" or "Plaintiff") and Defendant, FOSTER WHEELER CONSTRUCTORS, INC., a Delaware corporation, on its own behalf and as erroneously sued as FOSTER WHEELER CONSTRUCTION COMPANY, an unknown business entity ("Foster Wheeler" or "Defendant"), this action is hereby dismissed in its entirety, with prejudice.

///

///

1

*ORDER FOR DISMISSAL*

Each party shall bear its or his own attorneys' fees and costs.

**ORDER**

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 12, 2011**                                      **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE